# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| PHILLIP (BABY SHARK) SCOTT, #645991, | § § § § |
| Petitioner, | § § |
| vs. | §  CIVIL NO. SA-23-CV-00517-FB |
| COMAL COUNTY SHERIFF MARK REYNOLDS; ET AL., | § § § § § |
| Respondents. | § |

## JUDGMENT

On this day, the Court issued an Order dismissing Petitioner Phillip Scott's Writ of Habeas Corpus Under 28 U.S.C. § 2241 for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SIGNED this 17th day of May, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE